# FARBER BROCKS & ZANE L.L.P.

ATTORNEYS AT LAW

1565 FRANKLIN AVENUE · SUITE 300
MINEOLA, NEW YORK 11501
www.fbzlaw.com

AUDRA S. ZANE
WILLIAM R. BROCKS, JR.
BRADEN H. FARBER*

HEATHER M. ROMAN▫
CHARLIE GREEN, JR.
MICHAEL V. BUONASPINA

*ADMITTED IN NY & CT
▫ADMITTED IN NY & NJ

TEL. (516) 739-5100
FAX (516) 739-5103
mail@fbzlaw.com

May 2, 2007

Hon. Eric N. Vitaliano
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Axelrod & Cherveny Architects, P.C. v. Winmar Homes and Anthony Martino
       05 Civ 711
       Our File No. : 153-3569

Honorable Sir:

  This office represents plaintiff, Axelrod & Cherveny Architects, P.C. in the referenced action. I am pleased to advise the Court that the parties have settled this matter subject to the exchange of settlement documents and payment, and accordingly with consent of defendants' counsel I am requesting that the May 4, 2007 Conference be adjourned.

                Respectfully submitted,

                Braden H. Farber

BHF:ss
cc:
Jeltje DeJong, Esq
Devitt Spellman & Barrett, L.L.P.
50 Route 111